No. 84–1973. THREE AFFILIATED TRIBES OF THE FORT BERTHOLD RESERVATION *v.* WOLD ENGINEERING, P. C., ET AL. Sup. Ct. N. D. [Certiorari granted, *ante*, p. 900.] Motions of

Standing Rock Sioux Tribe et al. and Turtle Mountain Band of Chippewa Indians for leave to file briefs as *amici curiae* granted.